**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JERRY LEE FORD**                                                       **PETITIONER**

v.                                          No. 4:08CV47-P-S

**STATE OF MISSISSIPPI, ET AL.**                           **DEFENDANTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated April 6, 2010, and the April 14, 2010, objections to the Report and Recommendation, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore     **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated April 6, 2010, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the Magistrate Judge's Report and Recommendation is **APPROVED AND ADOPTED** by the court.

3. That the instant petition for a writ of *habeas corpus* under 28 U.S.C. § 2254 is **DENIED.**

4. That this case is **CLOSED.**

THIS, the 17th day of May, 2010.

                                                     /s/ W. Allen Pepper, Jr.
                                                     W. ALLEN PEPPER, JR.
                                                     UNITED STATES DISTRICT JUDGE